# AFFIDAVIT OF SERVICE

## UNITED STATES DISTRICT COURT
### District of New York

Index Number: 1:22-CV-06526-PGG

Date Filed: _____

Plaintiff:
**JTH TAX LLC D/B/A LIBERTY TAX SERVICE**

vs.

Defendant:
**AMC NETWORKS INC., ET AL**

STS2022027467

For:
PETER G. SIACHOS, ESQ.

Received by STATUS, L.L.C. to be served on **AMC NETWORKS INC., C/O R/A CORPORATION SERVICE COMPANY, 251 LITTLE FALLS DR, WILMINGTON, DE 19808**.

I, Ronald Reid, being duly sworn, depose and say that on the **11th day of August, 2022** at **2:11 pm**, I:

served a **CORPORATION** by delivering a true copy of the **Summons, Civil Cover Sheet, Corporate Disclosure Statement, Certificate of Service, Complaint, Prayer Relief, Jury Trial Demand, Exhibits 1-5, Report On The Filing Or Determination Of An Action Regarding A Patent Or Trademark** with the date and hour of service endorsed thereon by me, to: **"JANE" "DOE" (REFUSED NAME)** as **AGENT/DESIGNATED AGENT** for **AMC NETWORKS INC.**, at the address of: **C/O CSC, 251 LITTLE FALLS DRIVE, WILMINGTON, DE 19808**, and informed said person of the contents therein, in compliance with state statutes.

The language required by NYC Statute was contained in the items tendered.

**Description** of Person Served: Age: 28, Sex: F, Race/Skin Color: WHITE, Height: 5'4, Weight: 100, Hair: BROWN, Glasses: Y

I certify that I am over the age of 18, and a competent adult not having a direct interest in the litigation.

To Be Used Where Electronic Signature Not Available Served Data: Subscribed and Sworn to before me on August 12th 2022 by the affiant who is personally known to me.

NOTARY PUBLIC

(Seal: ETHAN LEE SHERKEY, MY COMMISSION EXPIRES JUL. 21, 2024, NOTARY PUBLIC STATE OF DELAWARE)

Ronald Reid
Process Server

STATUS, L.L.C.
PO Box 370
Bayville, NJ 08721
(908) 688-1414

Our Job Serial Number: STS-2022027467
Ref: LIBTAX-1269919
Service Fee: _____

Copyright © 1992-2022 Database Services, Inc. - Process Server's Toolbox V8.2i