IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

---

**JTH TAX LLC d/b/a LIBERTY TAX SERVICE,**

    Plaintiff,

v.

**AMC NETWORKS INC. & SONY PICTURES TELEVISION INC.,**

    Defendants.

**ECF CASE**

No. 1:22-cv-06526-PGG

**JOINT STIPULATION AND SCHEDULING EXTENSION REGARDING DEFENDANTS' TIME TO ANSWER, MOVE, OR OTHERWISE RESPOND**

---

**WHEREAS,** Plaintiff JTH Tax LLC d/b/a Liberty Tax Service ("Liberty Tax") filed a Complaint on August 1, 2022 (ECF No. 1);

**WHEREAS,** the Complaint was subsequently served on Defendants AMC Networks Inc. and Sony Pictures Television Inc. on August 11, 2022 (ECF Nos. 15, 16);

**WHEREAS,** Defendants' answering papers are due September 1, 2022;

**WHEREAS** the parties seek a 30-day extension of the time for Defendants to answer, move, or otherwise respond to the Complaint;

Based on the foregoing, **IT IS HEREBY STIPULATED AND AGREED** that Defendants' time to answer, move, or otherwise respond to the Complaint is extended to October 3, 2022.

This extension constitutes a 30-day extension from September 1, 2022, accounting for the fact that October 1, 2022 falls on a Saturday.

There have been no previous requests for extensions.

The reason for the request is that Defendants recently retained the undersigned counsel to represent them in this matter, and request time to acquaint themselves with the case prior to responding to the Complaint.

As the Initial Conference is set for November 3, 2022, and no Scheduling Order has yet been issued in this case, this extension of time does not affect any other scheduled dates.

This Stipulation may be executed in counterparts with facsimile and/or email signatures treated as originals.

\* \* \*

**SO STIPULATED:**

Dated: August 26, 2022
         New York, New York

/s/ Peter G. Siachos
Peter G. Siachos (NY Bar No.: 4436168)
**GORDON REES SCULLY**
**MANSUKHANI LLP**
One Battery Park Plaza
28th Floor
New York, NY 10004
Tel.: (212) 269-5500
Fax: (212) 269-5505
psiachos@grsm.com

Clair E. Wischusen (admitted *pro hac vice*)
**GORDON REES SCULLY**
**MANSUKHANI LLP**
18 Columbia Turnpike
Suite 220
Florham Park, NJ 07932
Tel.: (973) 549-2524
Fax: (973) 377-1911
cwischusen@grsm.com

James L. Messenger (admitted *pro hac vice*)
**GORDON REES SCULLY**
**MANSUKHANI LLP**
21 Custom House Street
5th Floor
Boston, MA 02110

/s/ Gianni P. Servodidio
Gianni P. Servodidio (GS-0713)
Susan J. Kohlmann (SK-1855)
Allison N. Douglis (#5711015)
**JENNER & BLOCK LLP**
1155 Avenue of the Americas
29th Floor
New York, NY 10036
Tel.: (212) 891-1600
Fax: (212) 891-1699
gservodidio@jenner.com
skohlmann@jenner.com
adouglis@jenner.com

*Attorneys for Defendants AMC Networks Inc.*
*& Sony Pictures Television Inc.*

Tel.: (857) 263-2000
Fax: (857) 264-2836
jmessenger@grsm.com

*Attorneys for Plaintiff JTH Tax LLC d/b/a
Liberty Tax Service*

**SO ORDERED.**

**DATED:**    **New York, New York**
              September 1, 2022

_____
**Paul G. Gardephe
United States District Judge**