UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JTH TAX LLC,

                    Plaintiff,

      - against -

AMC NETWORKS INC. and SONY
PICTURES TELEVISION INC.,

                Defendants.

**ORDER**

22 Civ. 6526 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

      The December 8, 2022 conference is adjourned sine die.  The following schedule will apply to Defendants' motion to dismiss (Dkt. No. 33):

      (1) moving papers are due **December 27, 2022;**

      (2) opposition is due **January 17, 2023;** and

      (3) Defendant's reply, if any, is due **January 24, 2023**.

      Discovery is stayed pending resolution of the motion to dismiss.

Dated:  New York, New York
      December 6, 2022

SO ORDERED.

Paul G. Gardephe
United States District Judge