1155 AVENUE OF THE AMERICAS, NEW YORK, NY 10036-2711

JENNER&BLOCK LLP

November 16, 2023

Gianni Servodidio
Tel +1 212 891 1620
Fax +1 212 909 0837
GServodidio@jenner.com

**VIA ECF**

Hon. Paul G. Gardephe
U.S. District Court for the Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

Re:   *JTH Tax LLC v. AMC Networks Inc. et al.*, No. 22-cv-6526
      Request for Entry of Separate Judgment Under Rule 58

Dear Judge Gardephe:

 On September 25, 2023, this Court granted Defendants AMC Networks Inc.'s and Sony Pictures Television Inc.'s motion to dismiss the First Amended Complaint and directed the Clerk of Court to close the case. ECF No. 44. Pursuant to Federal Rules of Civil Procedure 58(a) and (d), Defendants respectfully request that the Court codify that order in a separate judgment, so as to clarify and begin the deadline for Plaintiff to appeal the dismissal of the First Amended Complaint. *See, e.g.*, *Stidhum v. 161-10 Hillside Auto Ave, LLC*, No. 21-cv-1653, 2022 WL 1087144, at *1–2 (2d Cir. Apr. 12, 2022) (per curiam).

 A proposed form of judgment is attached hereto.

Respectfully submitted,

*/s/ Gianni P. Servodidio*

Gianni P. Servodidio

cc:   All counsel of record via ECF