IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JTH TAX LLC d/b/a LIBERTY TAX SERVICE,<br><br>Plaintiff,<br><br>v.<br><br>AMC NETWORKS INC. and SONY PICTURES TELEVISION INC.,<br><br>Defendants. | ECF CASE<br><br>22 Civ. 6526 (PGG) |

## JUDGMENT

AND NOW, on November 21, 2023, the Court having granted the motion to dismiss by Defendants AMC Networks Inc. and Sony Pictures Television Inc. in a Memorandum Opinion & Order dated September 25, 2023 (Dkt. No. 44), for the reasons stated in such Order;

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that a judgment of dismissal is entered in favor of Defendants AMC Networks Inc. and Sony Pictures Television Inc. and against Plaintiff JTH Tax LLC d/b/a Liberty Tax Service; that Plaintiff's Lanham Act Claims are dismissed with prejudice and that Plaintiff's state law claims are dismissed without prejudice; and that accordingly, the case is closed.

Dated: New York, New York
       November 21, 2023

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge